```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JEROME E. HEINEMANN,**
**NELSON"SKIP" FOLEY, JR.,**
**JEANNE DOOGS,**
**JOHN DOW, 1 THRU 5, AND**
**JANE DOE, 1 THRU 5,**

    **Plaintiffs,**

v.        //    CIVIL ACTION NO. 2:07CV91
                          (Judge Keeley)

**BEVERLY KENNEDY, D. ANDREW BYRNE,**
**JACKSON W. MAYNARD, JR., MATTHEW**
**D. SAWYER, JANELLE SKINNER-WEILL,**
**WINAN' WICHAPI TO, INC., THEODORE**
**C. WEILL, ERIC N. WEILL, TERRY P.**
**WEILL, UNIVERSAL WEARPARTS, INC.,**
**DAVIE C. RICHARDSON, R. I.**
**REFRIGERATION SUPPLY CO., INC.,**
**DONALD HOPPES, JEANETTE HOPPES,**
**JERRY STEWART, CHARLES FOSTER,**
**REBECCA FOSTER and RUBEN J. HERNANDEZ, JR.,**

    **Defendants.**

<u>**ORDER SCHEDULING HEARING**</u>

The Court will conduct a status conference on **January 29, 2008 at 3:00 p.m.** at the **Clarksburg, West Virginia** point of holding court located at the United States Post Office and Federal Building, 500 West Pike Street, Second Floor, Clarksburg, West Virginia.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this order to counsel of record and to <u>pro se</u> plaintiffs. <u>Pro se</u> plaintiffs and

counsel for defendants are directed to appear in person for scheduled status conference.

DATED: January 16, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE